# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## April 7, 2006

[Cite as *04/07/2006 Case Announcements*, 2006-Ohio-1731.]

## MOTION AND PROCEDURAL RULINGS

2004–1832.   State ex rel. Bandlow v. LeBarron.
In Mandamus. This cause came on for further consideration of relators' motion for relief from judgment. Upon consideration thereof,
   IT IS ORDERED by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

2005–2263.   State v. Coleman.
Cuyahoga App. No. 85807, 2005-Ohio-5849. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2006–0271.   State v. Spears.
Cuyahoga App. No. 86229, 2006-Ohio-167. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## April 10, 2006

[Cite as *04/10/2006 Case Announcements*, 2006-Ohio-1768.]

## MISCELLANEOUS DISMISSALS

2005–1534.   State v. Hinton.
Cuyahoga App. No. 84582, 2005-Ohio-3427. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.
   IT IS FURTHER ORDERED that costs are assessed pursuant to S.Ct.Prac.R. XI(5); and that a mandate be sent to the Court of Appeals for Cuyahoga County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## April 11, 2006

[Cite as *04/11/2006 Case Announcements*, 2006-Ohio-1803.]